# United States District Court
# For The Western District of North Carolina
# Statesville Division

Laura Money,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                            5:09cv42

Michael J. Astrue ,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 14, 2011 Order.

                                            Signed: February 14, 2011

                                            Frank G. Johns, Clerk
                                            United States District Court